UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/09/2021

PRIYA HARRIRAM,

                             Plaintiff,

           v.

JOSEPH LUIS FERA AND LEHMAN COLLEGE,

                             Defendant.

21-CV-3696 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       Between July 28, 2021 and August 2, 2021, Plaintiff, who is proceeding *pro se*, filed several letters expressing concern about whether the U.S. Marshals Service would be able to successfully complete service as to Defendant Joseph Luis Fera, in light of (a) a misspelling of his surname on the order of service, and (b) the fact that many faculty at Lehman College continue to work remotely. *See* Dkts. 12, 13, 14, 15. She accordingly requested that service be directed at his home address, and listed that address in public filings. On August 6, 2021, counsel from the Office of the Attorney General (OAG) appeared on behalf of the City University of New York (Lehman College) and filed a motion to redact Fera's address from those filings and requested that the Court direct Plaintiff "to comply with the privacy protections outlined in Fed. R. Civ. P. 5.2, [this Court's] Individual Practices, and the Southern District's Privacy Policy." Dkt. 17. *See also* Individual Rules 5(A)(i) ("Parties should not include in their public filings, unless necessary, . . . home addresses.").

       The letter from Defendant CUNY's counsel should address any concern Plaintiff may have had about the effectiveness of service of Defendant Fera at his business address. Although OAG has not appeared on Fera's behalf, the letter confirms that he is aware of this litigation, that

he has executed a waiver of service, and that he has requested representation from OAG. *See* Dkt. 17 at 1 & n.1. Accordingly, no modification to the order of service or additional attempts at service appear are necessary at this time.

As for the documents containing Fera's home address, the Court will limit ECF access to those documents to the parties, their counsel, and court users. Plaintiff is reminded that subsequent filings should omit Fera's home address.

The Clerk of Court is respectfully directed to restrict access to Dkts. 2, 12, 14, and 15 to case participants and court personnel, and to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:   August 9, 2021
         New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge