USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/05/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRIYA HARRIRAM,

                Plaintiff,

v.

JOSEPH LUIS FERA AND LEHMAN COLLEGE,

                Defendants.

21-CV-3696 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      The Court is in receipt of Defendants' motion to dismiss this lawsuit. *See* Dkts. 23, 24. Ms. Harriram is directed to respond to the motion within 45 days of this order (November 18, 2021). In preparing her response, Ms. Harriram may wish to consult the New York Legal Assistance Group's legal clinic for *pro se* litigants, by visiting its website at nylag.org/pro-se-clinic/ or by calling (212) 659-6190. This clinic, which is neither part of nor run by the Court, assists pro se litigants with federal civil cases.

      Ms. Harriram is also informed that, pursuant to Federal Rule of Civil Procedure 15, she has the right to amend her complaint once as a matter of course within 21 days of service of Defendants' motion.

      Based on the Court's initial review of Defendants' motion to dismiss, the Court finds that good cause exists for a stay of discovery pursuant to Federal Rule of Civil Procedure 26(c). See *Spencer Trask Software & Info. Servs.*, LLC v. RPost Int'l Ltd., 206 F.R.D. 367, 368 (S.D.N.Y. 2002). Discovery is stayed until the Court decides Defendants' motion to dismiss. If the case is not dismissed, the Court will schedule an initial status conference following its decision and refer the action to mediation.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:   October 5, 2021
         New York, New York

                                          _____
                                          Ronnie Abrams
                                          United States District Judge

2