UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/10/2022

PRIYA HARRIRAM,

                Plaintiff,

v.

JOSEPH LUIS FERA and LEHMAN COLLEGE,

                Defendants.

No. 21-CV-3696 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Ms. Harriram has filed a letter that seeks to add additional information in support of her opposition to Defendants' motion to dismiss, and to add City University of New York as a defendant. *See* Dkt. 45. Defendants are directed to respond on or before January 17, 2022. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    January 10, 2022
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge