UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/23/2022
```

PRIYA HARRIRAM,

          Plaintiff,

v.

JOSEPH LUIS FERA and LEHMAN COLLEGE,

          Defendants.

No. 21-CV-3696 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court has been advised that mediation at this stage of the litigation would not be productive. Accordingly, the mediation referral order, Docket 37, shall be closed.

    In light of the fact that the parties will no longer proceed to mediation, and consistent with the Court's Order of January 21, 2022, to the extent Ms. Harriram wishes to amend her complaint to add City University of New York ("CUNY") as a defendant she shall do so no later than March 9, 2022.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    February 23, 2022
            New York, New York

_____
Ronnie Abrams
United States District Judge