USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/09/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRIYA HARRIRAM,

                    Plaintiff,

          v.

JOSEPH LUIS FERA, LEHMAN COLLEGE, and CITY UNIVERSITY OF NEW YORK,

                    Defendants.

No. 21-CV-3696 (RA)

ORDER OF SERVICE

---

RONNIE ABRAMS, United States District Judge:

    By order dated June 14, 2021, the Court granted Plaintiff's request to proceed *in forma pauperis* (IFP). On June 21, 2021, the Court ordered the US Marshals Service to effect service on Defendants Joseph Luis Fera and Lehman College. Defendants Fera and Lehman College have since appeared.

    On March 8, 2022, Plaintiff amended her complaint to add the City University of New York ("CUNY") as a defendant. Because Plaintiff has been granted permission to proceed IFP, and for the reasons stated in the Court's Order dated June 21, 2021, she is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

    To allow Plaintiff to effect service on Defendant CUNY through the U.S. Marshals Service, the Clerk of Court is respectfully instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form"). CUNY's address as provided by Plaintiff is 205 East 42 Street, 11th Floor, New York, New York, 10017. The Clerk of Court is further instructed to issue the summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon

CUNY.

    The Clerk of Court is further directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:      March 9, 2022
              New York, New York

_____
Ronnie Abrams
United States District Judge