UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/16/2022
```

PRIYA HARRIRAM,

                Plaintiff,

      v.

JOSEPH LUIS FERA, LEHMAN COLLEGE, and CITY UNIVERSITY OF NEW YORK,

                Defendants.

No. 21-CV-3696 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of Defendants Joseph Luis Fera's and Lehman College's letter dated March 15, 2022. *See* Dkt. 60. Although Defendants are correct that Federal Rule of Civil Procedure 15(a)(2) permits a party to amend a pleading "only with the opposition party's written consent or the court's leave," in light of Ms. Harriram's *pro se* status, the Court will accept the amended complaint, Docket 56, as the operative complaint. *See, e.g.*, *Haber v. Collecto, Inc.*, 20 Civ. 6637 (AJN)(BCM), 2020 WL 7318280 (Dec. 11, 2020). No further amendments, however, will be permitted without leave of the Court.

    Defendants' request for a ten-day extension from March 22, 2022 to April 1, 2022 of the deadline to respond to the amended complaint is hereby granted.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    March 16, 2022
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge