UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/26/2022
```

PRIYA HARRIRAM,

                Plaintiff,

v.

JOSEPH LUIS FERA and LEHMAN COLLEGE,

                Defendants.

No. 21-CV-3696 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff has filed a letter on the public docket that contains confidential mediation information. The Clerk of Court is respectfully directed to restrict access to Docket 68 such that it can only be viewed by the parties, their counsel, and the Court.

SO ORDERED.

Dated:    April 26, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge