```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIYA HARRIRAM,

                Plaintiff,

v.

JOSEPH LUIS FERA, LEHMAN COLLEGE, and CITY UNIVERSITY OF NEW YORK,

                Defendants.

No. 21-CV-3696 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On August 17, 2023, Defendants filed a letter-motion seeking to strike Plaintiff's sur-reply, filed at ECF No. 110, because she neither sought nor received permission from the Court to file it. Given Plaintiff's *pro se* status, however, the Court denies Defendants' application and accepts Plaintiff's sur-reply in considering the pending motion to dismiss. *See Tracy v. Freshwater*, 623 F.3d 90, 101 (2d Cir. 2010) ("It is well established that a court is ordinarily obligated to afford a special solicitude to *pro se* litigants."). Plaintiff is reminded that, moving forward, she must seek permission from the Court before filing a sur-reply, and no future sur-replies will be accepted without prior approval.

SO ORERED.

Dated:    August 18, 2023
              New York, New York

_____
Ronnie Abrams
United States District Judge