**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PRIYA HARRIRAM,

                Plaintiff,
   -against-                                      21 **CIVIL** 3696 (RA)

                                                  **JUDGMENT**

JOSEPH L. FERA, BRIAN WYNNE, DAWN
EWING-MORGAN, BRIDGET BARBERA, CITY
UNIVERSITY OF NEW YORK, and LEHMAN
COLLEGE,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 8, 2024, Defendants' motion to dismiss is granted in full. The Court has now given Harriram three opportunities to amend her pleadings, including "one more opportunity to amend the Complaint" after the Court's March 2023 Opinion. March 2023 Op. at *10. Due to Harriram's "failure to cure deficiencies by amendments previously allowed," Foman v. Davis, 371 U.S. 178, 182 (1962), her claims are dismissed with prejudice. See Metzler Inv. Gmbh v. Chipotle Mexican Grill, Inc., 970 F.3d 133, 147 (2d Cir. 2020); accordingly, the case is closed.

**Dated:**  New York, New York

      March 8, 2024

                                                                     **RUBY J. KRAJICK**
                                                                        **Clerk of Court**

                                  **BY:**        *K. Mango*

                                                                          **Deputy Clerk**